Lawrence Ebert and Ann Ebert, Appellants, v. City of Chicago, Appellee.

Gen. No. 43,184.

316

opinion filed December 11, 1944; released for publication December 27, 1944. Dwork & Epton, for appellants; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and Sydney R. Drebin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.